McGREGOR W. SCOTT
United States Attorney
BOBBIE J. MONTOYA
Assistant U. S. Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814-2322
Telephone:  (916) 554-2700

Attorneys for Defendant

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GERALDINE McWEENEY,<br><br>             Plaintiff,<br><br>   v.<br><br>JO ANNE B. BARNHART,<br>  Commissioner of<br>  Social Security,<br><br>             Defendant. | CIV-S-04-2653 KJM<br><br>ORDER RE CHANGE OF VENUE |

  Inasmuch as plaintiff resides in Petaluma, California, in the County of Sonoma, which is in the Northern judicial district of California, this case shall be, and hereby is, transferred to the Northern District of California, pursuant to the stipulation of the parties.

  APPROVED AND SO ORDERED.

DATED:  May 11, 2005.

_____
UNITED STATES MAGISTRATE JUDGE